LUCY ABGOTT, Appellant, v. JOSEPH ABGOTT, Respondent.— Orders affirmed, without costs of this appeal to either party. All concur. (The orders limit the amount of alimony to be paid to plaintiff pending trial, and limit the amount of

counsel fees to be paid to plaintiff's attorney, in an action for separation.)   Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.